**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

VERNON POWELL,

Petitioner,

v.

JARED RARDIN,

Respondent.

Case No. 26-cv-3210 (LMP/DLM)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Before the Court is the Report and Recommendation ("R&R"), ECF No. 6, of United States Magistrate Judge Douglas L. Micko, which recommends denying Petitioner Vernon Powell's Petition for a Writ of Habeas Corpus, ECF No. 1. No objections have been filed to the R&R in the time period permitted, and the R&R is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based on all of the files, records, and proceedings in this matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation (ECF No. 6) is **ADOPTED**; and

2. Vernon Powell's Petition (ECF No. 1) is **DENIED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 23, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge